# IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF ALABAMA
### SOUTHERN DIVISION

| | |
|---|---|
| **UNITED STATES OF AMERICA** | ) |
| | ) |
| **v.** | ) |
| | ) |
| **JEREMY RASHAD JUNIPHER** | ) |

## INFORMATION

### COUNT ONE: [18 U.S.C. § 1709]

The United States Attorney charges that:

Between on or about July 15, 2017, and August 15, 2017, in Jefferson County, within the Northern District of Alabama, the defendant,

**JEREMY RASHAD JUNIPHER**,

being an employee of the United States Postal Service, did knowingly and unlawfully steal and embezzle a First Class letter, addressed to XXXX 27th Avenue North, Birmingham, Alabama, 35207, which contained a check made payable to G.A. in the amount of $1,250.00, which had been entrusted to him, and which had come into his possession intended to be conveyed by mail, in violation of Title 18, United States Code, Section 1709.

JAY E. TOWN
United States Attorney

*/s/ Electronic Signature*
DAVIS A. BARLOW
Assistant United States Attorney